```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:16-00093

**LACHANCE WOODSON**


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On August 7, 2018, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Lachance Woodson, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a three-year term of supervised release in this action on February 26, 2018, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on November 21, 2016.

The court heard the evidence and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect: the defendant possessed approximately 8 grams of heroin on March 14, 2018, though not with intent to distribute.

And the court finding, as more fully set forth on the record of the hearing, that exigent circumstances existed at the time of the defendant's possession of the heroin, consisting of a need to secure the heroin so that it would not fall into the hands of the three children in the household of his sister who was then absent, where one of the children had brought the bag containing the heroin to him, thereby excusing his possession thereof, the court declined to revoke supervised release. It is accordingly ORDERED that the defendant be released from custody forthwith and he shall remain on the three-year term of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B) and the standard conditions as set forth in Local Rule 32.3.

The defendant was remanded to the custody of the United States Marshal for release.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: August 7, 2018

John T. Copenhaver, Jr.
United States District Judge